**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CHRISTOPHER SANDERS,

    Plaintiff,

vs.                                                                        No. CV 18-00563 KG/KBM

FCI MCDOWELL IN WEST VIRGINIA
IN THE UNITED STATES OF AMERICA,

    Defendant.

## **JUDGMENT**

**THIS MATTER** having come before the Court *sua sponte* under 28 U.S.C. § 1915A(b) and Fed. R. Civ. P. 12(b)(2) and (6) on the Complaint filed by Plaintiff Christopher Sanders on June 14, 2018, (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing this action,

**IT IS ORDERED** that **JUDGMENT** is hereby entered against Plaintiff, Christopher Sanders, and the Complaint filed by Plaintiff Sanders on June 14, 2018, (Doc. 1) is **DISMISSED** with prejudice.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE